The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR06-280RSM |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND MOTION DEADLINE |
| DAVID ALAN HAWKINS, and HARRY SKEINS, JR., | |
| Defendants. | |

THIS MATTER comes before the Court on the stipulated motion of the parties to continue the trial date.

Having reviewed the stipulation of the parties, the Court hereby finds that the ends of justice outweigh the defendants' and the public's right to a speedy trial. The Court's finding is based on the facts and grounds outlined in the stipulated motion and are incorporated herein by this reference.

Now, therefore it is hereby:

ORDERED that the stipulated motion to continue is GRANTED. Trial in this matter is continued to February 12, 2007. Motions shall be filed no later than January 11, 2007.

/ / /

/ / /

/ / /

ORDER GRANTING MOTION TO CONTINUE TRIAL — 1
(Hawkins/Skeins, CR06-280RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section 3161(h), the period of time from October 23, 2006, to the new trial date, for all defendants, is excluded in the computation of time under the Speedy Trial Act as this is a reasonable period of delay.

SO ORDERED this 5th day of October 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vincent T. Lombardi*
VINCENT T. LOMBARDI
Assistant United States Attorney
WSBA 21967
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-2462
Facsimile: (206) 553-2422
E-mail: vince.lombardi@usdoj.gov

/s/ *Carol Koller*
Carol Koller, WSB # 19685
Assistant Federal Public Defender
Attorney for Defendant David A. Hawkins

/s/ *Howard Ratner*
Howard Ratner, WSB # 4816
Attorney for Defendant Harry Skeins Jr.

ORDER GRANTING MOTION TO CONTINUE TRIAL — 2
(Hawkins/Skeins, CR06-280RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970