The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR06-280RSM |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND MOTION DEADLINE |
| DAVID ALAN HAWKINS, and HARRY SKEINS, JR., | |
| Defendants. | |

THIS MATTER comes before the Court on the stipulated motion of the parties to continue the trial date.

Having reviewed the stipulation of the parties, the Court hereby finds that the ends of justice outweigh the defendants' and the public's right to a speedy trial. The Court's finding is based on the facts and grounds outlined in the stipulated motion and are incorporated herein by this reference.

Now, therefore it is hereby:

ORDERED that the stipulated motion to continue is GRANTED. Trial in this matter is continued to May 7, 2007. Motions shall be filed no later than April 6, 2007.

/ / /

/ / /

/ / /

ORDER GRANTING MOTION TO CONTINUE TRIAL — 1
(Hawkins/Skeins, CR06-280RSM)

1   IT IS FURTHER ORDERED that pursuant to Title 18, United States Code,
2   Section 3161(h), the period of time from February 12, 2007, to the new trial date, for
3   all Defendants, is excluded in the computation of time under the Speedy Trial Act as this
4   is a reasonable period of delay.
5   So Ordered this 18th day of January, 2007.

6
7                                        RICARDO S. MARTINEZ
                                         UNITED STATES DISTRICT JUDGE

8   Presented by:
9   s/ *Vincent T. Lombardi*
10  VINCENT T. LOMBARDI
11  Assistant United States Attorney
12  WSBA 21967
13  United States Attorney's Office
14  700 Stewart Street, Suite 5220
15  Seattle, Washington 98101-1271
16  Telephone: (206) 553-5178
17  Facsimile: (206) 553-2422
18  E-mail: vince.lombardi@usdoj.gov
19
20  s/ *Carol Koller*
21  Carol Koller, WSB # 19685
22  Assistant Federal Public Defender
23  Attorney for Defendant David A. Hawkins
24  *By E-mail Authorization, 1/11/2007*
25  s/ *Howard Ratner*
26  Howard Ratner, WSB # 4816
27  Attorney for Defendant Harry Skeins, Jr.
28  *By E-mail Authorization, 1/11/2007*

ORDER GRANTING MOTION TO CONTINUE TRIAL — 2
(Hawkins/Skeins, CR06-280RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970